# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1548
_____

ABDELRAHMAN JABER,

Appellant,

v.

EASRA REIAD JABER,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Barbara K. Hobbs, Judge.

August 14, 2024

PER CURIAM.

DISMISSED.

LEWIS, B.L. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shannon L. Novey, Christin F. Gonzalez, Jerome M. Novey, and Sarah F. Carter of Novey+Gonzalez, Tallahassee, for Appellant.

Diane G. DeWolf and Nancy M. Wallace of Akerman LLP, Tallahassee, for Appellee.